UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHN ARTHUR CASSELBURY,

        Defendant.
_____/

Case No. 2:05:CR:13

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.    The Report and Recommendation of the Magistrate Judge filed March 29, 2005, is approved and adopted as the Opinion and Findings of this Court.

2.    Defendant John Arthur Casselbury's plea of guilty to Count Two of the Indictment is accepted. Defendant John Arthur Casselbury is adjudicated guilty.

3.    A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: April 22, 2005                                /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                        UNITED STATES DISTRICT JUDGE